# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

| | | |
|---|---|---|
| OMAR O'HARA, | ) | |
| | ) | |
| Plaintiff/Appellee, | ) | |
| | ) | |
| v. | ) | Appeal No. 25-2897 |
| | ) | |
| TERRENCE LOTT, in his individual Capacity, and | ) ) ) | |
| MARLISSA BUTLER-CHERRY, in her individual capacity, | ) ) | |
| | ) | |
| Defendants/Appellants. | ) | |

## APPELLANTS' STATEMENT OF ISSUES

COME NOW Defendants/Appellants Terrence Lott and Marlissa Butler-Cherry, by and through undersigned counsel, and, while reserving the right to phrase, frame, or further specify the issues and sub-issues differently in their forthcoming briefs, provide the following Statement of Issues on appeal:

- Whether the District Court erred in denying Sgt. Lott's Motion for Summary Judgment on the basis of qualified immunity as to Plaintiff O'Hara's federal claims against Sgt. Lott.

- Whether the District Court's erroneous denial of qualified immunity to Sgt. Lott similarly caused an erroneous denial of Sgt. Lott's Motion for Summary Judgment as to Plaintiff O'Hara's Missouri state law claims against Sgt. Lott.

- Whether the District Court erred in denying Officer Butler-Cherry's Motion for Summary Judgment on the basis of qualified immunity as to Plaintiff O'Hara's federal claim against her.

REICHARDT NOCE & YOUNG LLC

By: */s/ Timothy J. Reichardt*
Timothy J. Reichardt  #57684MO
tjr@rnylaw.com
12444 Powerscourt Drive, Suite 160
St. Louis, MO  63131
(314) 789-1199
(314) 754-9795 – Facsimile

*Attorneys for Defendants/Appellants*
*Terrence Lott and*
*Marlissa Butler-Cherry*

**CERTIFICATE OF SERVICE**

    The undersigned certifies that the foregoing was filed via CM/ECF eFiling System with a copy of the foregoing being served electronically this 10th day of October 2025 on all counsel of record.

    */s/ Timothy J. Reichardt*